U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
3/6 2018
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TIMOTHY STEWART,<br>    Defendant. | Case No. CR417-114 |
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ENNER TELLO-LOPEZ,<br>    Defendant. | Case No. CR417-221 |
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALEXIS MARTINEZ-ESCUEN,<br>    Defendant. | Case No. CR418-22 |
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHELLE RAYFORD,<br>    Defendant. | Case No. CR418-25 |

## ORDER

Laura G. Hastay, counsel of record for defendants in the above-styled cases, has moved for leave of absence. The Court is mindful that personal and professional obligations require the

absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent these cases from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

**SO ORDERED** this 6TH day of March 2018.

_____
HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA