IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR418-022 |
| | ) | |
| ALEXIS MARTINEZ ESCUEN | ) | |

**ORDER**

The Court having determined, pursuant to Title 28, United States Code Sections 1827, that an interpreter is required and should be designated in the above-captioned case,

IT IS ORDERED, that ELIZABETH MARTINEZ, a certified or otherwise competent interpreter, is designated to serve as interpreter in this case. Compensation shall be paid by the government at the rate of $202.00 per day, with a minimum of one-half day's compensation of $111.00 to be paid for each appearance.

Any claim for overtime shall be paid at the rate of $35.00 per hour. Claim for compensation by the interpreter for any in-court services or assisting the U. S. Probation Office shall be made on Form AO 322. Claim for compensation for assisting court-appointed counsel, other than in-court proceedings and assisting the U. S. Probation Office, shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other Services*. **Any services relating to the CJA Form 21 must be approved by the Court prior to services being rendered.** These forms shall be furnished by the Clerk of Court.

So Ordered, this 18th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA